65,045-03

June 11, 2015

Able Acosta, Clerk
Texas Court of Criminal
Appeals at Austin
P.O. Box 12308, Capitol Station
Austin, Texas, -78711-

COPY OF THE ORIGINAL

RECEIVED IN
COURT OF CRIMINAL APPEALS
JUL 16 2015
Abel Acosta, Clerk

RE: Ronald Dean Gilbert v. The State of Texas;
    CCA No. WR-56, 645-03
    Trial Court No. W05-72651-V(A)

Honorable Clerk:

At the present time, I'd like to request a Docket sheet Report on the above and forementioned cause number.

I am in receipt of your letter dated 05/18/2015. in which this Honorable Court advised my person that my application for writ of habeas corpus was denied without a written order, however, I was not aware of the disposition, as I was never given the (White-card) here at the TDCJ- Polunsky unit mailroom.

Furthermore, at the present time, the unit mailroom is **not** wanting to assist me in this manner, as they are requesting that my attorney request this information through the Texas Open Record Act, in order to obtain a date in which this Honorable Court sent my person the white-notice of the dismissal of my post-conviction 11.07 pursuant to the Texas Code of Criminal Procedure.

Thank you for any and all assistance you may offer at this as I am 'now' well over my one year statute of limitation under AEDPA. should you have any questions please contact my person at the addres below.

Sincerely

Ronald D. Milbert

3872 FM 350 South

Livingston, Tx 77351

1.